[No. 70268-8-I. Division One. August 5, 2013.]

THE STATE OF WASHINGTON, *Appellant*, v. JOSEPH LEE MOORE, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-1-01047-9, Dennis P. Maher, J. Pro Tem., entered June 27, 2012. *Dismissed* by unpublished opinion per Becker, J., concurred in by Spearman, A.C.J., and Appelwick, J.

[No. 70366-8-I. Division One. August 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ELI EDWARD REITER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-01514-9, Richard A. Melnick, J., entered December 19, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Verellen, JJ.

[No. 70368-4-I. Division One. August 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. VASILIY SLOBODYANYUK, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-00690-5, Barbara D. Johnson, J., entered February 3, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Spearman, J.

[No. 70369-2-I. Division One. August 5, 2013.]

*In the Matter of the Detention of* J.G.

THE STATE OF WASHINGTON, *Respondent* v. J.G., *Appellant*.

The unpublished opinion in the above-captioned case was *withdrawn* by order of the Court of Appeals dated August 19, 2013. Substitute opinion filed. See 176 Wn. App. 1006.